IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN DAVID LATIMER,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION FILE<br>NO. 1:18-CR-278-MHC-JKL<br><br>CIVIL ACTION FILE<br>NO. 1:21-CV-2369-MHC-JKL |

## ORDER

Movant John David Latimer has filed a motion to vacate, set aside, or correct an allegedly illegal sentence in accordance with 28 U.S.C. § 2255 ("Motion to Vacate") [Doc. 75]. This matter is before the Court on the January 11, 2022, Final Report and Recommendation of the Magistrate Judge [Doc. 80] ("R&R") recommending that the motion to vacate be denied and that a certificate of appealability not be issued. The Order for Service of the R&R [Doc. 81] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. On February 2, 2022, Movant filed a document which was construed as a request for an additional sixty (60) days within which to file objections to the R&R [Doc. 82]. The Court granted the motion on February 7, 2022, which provided Movant until

April 8, 2022, to file any objections. Feb. 7, 2022, Order [Doc. 83]. Over two weeks past that deadline has elapsed, and no objections have been filed.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 80] as the Opinion and Order of the Court. It is hereby **ORDERED** that Movant's motion to vacate, set aside, or correct an allegedly illegal federal sentence in accordance with 28 U.S.C. § 2255 [Doc. 75] is **DENIED**.

It is further **ORDERED** that a certificate of appealability is **DENIED** because Movant has not met the requisite standard. Movant may not appeal the denial of his motion but may seek a certificate from the United States Court of Appeals for the Eleventh Circuit under Federal Rule of Appellate Procedure 22. Rule 11(a), Rules Governing § 2255 Proceedings for the United States District Courts.

The Clerk is **DIRECTED** to close the civil case file.

**IT IS SO ORDERED** this 25th day of April, 2022.

_____
MARK H. COHEN
United States District Judge